Harris County Docket Sheet

# 2022-20604

**COURT:** 333rd
**FILED DATE:** 4/5/2022
**CASE TYPE:** Other Injury or Damage



### KISSOONDATH, DANE

Attorney: HENNESSY, EDWARD J.

**vs.**

### EMJ CONSTRUCTION LLC

Attorney: APPLING, MARK MCKINNEY

| Docket Sheet Entries | |
|---|---|
| Date | Comment |

| HCDistrictclerk.com | KISSOONDATH, DANE vs. EMJ CONSTRUCTION LLC | 6/2/2022 |
|---|---|---|
| | Cause: 202220604   CDI: 7   Court: 333 | |

## SUMMARY

### CASE DETAILS

| | |
|---|---|
| **File Date** | 4/5/2022 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | PERSONAL INJ (NON-AUTO) |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 4/5/2022 |

### CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 333rd |
| **Address** | 201 CAROLINE (Floor: 14)<br>HOUSTON, TX 77002<br>Phone:7133686470 |
| **JudgeName** | BRITTANYE MORRIS |
| **Court Type** | Civil |

| HCDistrictclerk.com | KISSOONDATH, DANE vs. EMJ CONSTRUCTION LLC | | 6/2/2022 |
|---|---|---|---|
| | Cause: 202220604   CDI: 7   Court: 333 | | |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 102190521 | Defendant EMJ Construction, LLC's Original Answer | | 05/27/2022 | 7 |
| 102190613 | Rule 216 Request for Jury Trial | | 05/27/2022 | 3 |
| 101859227 | Affidavit of Service-EMJ CONSTRUCTION LLC | | 05/10/2022 | 4 |
| 101327136 | eIssue: Citation | | 04/08/2022 | 2 |
| 101312376 | Letter to Clerk | | 04/07/2022 | 2 |
| 101260491 | PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND | | 04/05/2022 | 7 |
| ·> 101260492 | Exhibit 01 | | 04/05/2022 | 1 |
| ·> 101260493 | Exhibit 02 | | 04/05/2022 | 1 |